
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,<br><br>      *Plaintiffs,*<br><br>v.<br><br>AVG TECHNOLOGIES USA, INC.,<br>      *Defendant,*<br><br>RAPID7, LLC,<br>      *Consolidated Defendant.* | Civil Action No. 6:13-cv-00626<br>*Lead Case*<br><br><br><br>Case No. 6:14-cv-00574<br>*Consolidated Case* |

# ORDER

Having considered the parties' Joint Stipulation for Entry of Order Dismissing the Case as Moot, the Court hereby ORDERS that:

1. The case is dismissed as moot.

2. Uniloc and Rapid7 shall each bear their own attorney's fees, expenses and costs.

3. Uniloc's complaint as to any other defendant is not impacted by this stipulation and dismissal.

**SIGNED this 10th day of May, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE